# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY GUTIERREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:23-cv-00320-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 13) |

On June 16, 2023, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended for a period of seven days, from July 7, 2023, to July 14, 2023. (ECF No. 13.) The Court finds good cause to grant the first extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 13) is GRANTED; and
2. Defendant shall file an opposition brief on or before July 14, 2023.

IT IS SO ORDERED.

Dated:  **June 16, 2023**

UNITED STATES MAGISTRATE JUDGE

1