1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  JOEY GUTIERREZ, | Case No.  1:23-cv-00320-SAB |
| 12         Plaintiff, | ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| 13      v. | |
| 14  COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 15) |
| 15         Defendant. | |

16
17
18

19     Joey Gutierrez ("Plaintiff") seeks judicial review of a final decision of the Commissioner

20  of Social Security ("Commissioner") denying an application for disability benefits pursuant to the

21  Social Security Act.  (ECF No. 1.)

22     On July 13, 2023, the parties filed a stipulation agreeing to a voluntary remand of this

23  matter for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social

24  Security Act, 42 U.S.C. § 405(g).  (ECF No. 15.)  Pursuant to the terms of the stipulation, the

25  Commissioner will offer Plaintiff a new hearing, develop the record as necessary, and issue a new

26  decision.   The parties further request that the Clerk of the Court be directed to enter a final

27  judgment in favor of Plaintiff and against Defendant, reversing the final decision of the

28  Commissioner.  The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1.    The above-captioned action be REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2.    Judgment is entered in favor of Plaintiff Joey Gutierrez and against Defendant Commissioner of Social Security; and

3.    The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  __**July 13, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE

2